UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                 Case No. 08-20181
                                HON. MARK A. GOLDSMITH

D1- DAWUD MAJIED,

    Defendant.
_____/

## AMENDED ORDER STRIKING STIPULATION

On July 9, 2021, a stipulation was filed [Dkt. 108].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #108] is STRICKEN.

SO ORDERED.

Dated: July 12, 2021                               s/Mark A. Goldsmith
      Detroit, Michigan                       MARK A. GOLDSMITH
                                                  United States District Judge